**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY, a corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>HEIDY TINOCO, an individual; DOE 1, an individual in his/her capacity as representative of the Estate of Crystal Gonzalez; DOE 2, an individual in his/her capacity as representative of the Estate of Miguel A. Lopez-Cuen; and DOES 3 through 10, inclusive,<br><br>       Defendants. | Case No. 2:26-cv-00298-JAM-SCR<br><br>(Hon. John A. Mendez)<br><br>**ORDER (1) EXTENDING THE TIME TO SERVE ALL DEFENDANTS AND (2) CONTINUING RULE 26 DEADLINES**<br><br><br>Complaint filed: February 3, 2026 |

The Court has reviewed Plaintiff Primerica Life Insurance Company ("Primerica") and Defendant Heidy Tinoco's joint request to (1) extend the time for Primerica to serve the remaining defendants and (2) continue the Rule 26 deadlines set forth in the Court's February 3, 2026 Order Requiring Service of Process and Joint Status Report (Doc. No. 3).  The Court finds GOOD CAUSE for the requested relief, **GRANTS** the request, and **ORDERS** as follows:

a.      The time for Primerica to effect service of the Complaint on all remaining defendants is **EXTENDED** by 90 days, until **July 03, 2026**, pursuant to Federal Rule of Civil Procedure 4(m); and

b.      The deadline for the parties to confer pursuant to Federal Rule of Civil Procedure 26(f) and to submit a Joint Status Report is **CONTINUED** by 120 days, to **August 10, 2026**.

IT IS SO ORDERED.

Dated: April 15, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

1