

## United States District Court
## Eastern District of California

PRIMERICA LIFE INSURANCE COMPANY

Plaintiff(s)

V.

HEIDY TINOCO, et al.

Defendant(s)

Case Number: 2:26-cv-00298-JAM-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Hoover hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Heidy Tinoco

On ___05/08/2014___ (date), I was admitted to practice and presently in good standing in the ___Louisiana Supreme Court___ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ___04/06/2026___          Signature of Applicant: /s/ ___Michael Hoover___

**Pro Hac Vice Attorney**

Applicant's Name: Michael Hoover

Law Firm Name: Interpleader Law, LLC

Address: 9015 Bluebonnet Blvd.

City: Baton Rouge    State: LA    Zip: 70810

Phone Number w/Area Code: (225) 246-8706

City and State of Residence: Baton Rouge, LA

Primary E-mail Address: michael.hoover@interpleaderlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Anthony J. Parascandola

Law Firm Name: Bowman and Brooke LLP

Address: 970 West 190th Street

Suite 700

City: Torrance    State: CA    Zip: 90502

Phone Number w/Area Code: (310) 380-6522    Bar # 140217

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 21, 2026

_____
JUDGE, U.S. DISTRICT COURT